Case 19-02022   Request for dismissal of bankruptcy from defendant Doyle   Page 1 of 1

UNITED STATES BANKRUPCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF GA
GAINESVILLE DIVISION

2019 AUG 27  PM 12: 45

M. REGINA THOMAS
CLERK
BY_____ GNN
DEPUTY CLERK

| | |
|---|---|
| IN RE:<br><br>HELEN CAIN DOYLE<br><br>        Debtor | CASE NO. 19-20124-JRS<br><br>Chapter 7 |
| FIRST AMERICAN TITLE INSURANCE COMPANY and GMAC MORTGAGE, LLC,<br><br>Plaintiffs<br><br>Vs.<br><br>HELEN CAIN DOYLE a/k/a HELEN ELIZABETH DOYLE a/k/a ELIZABETH C. DOYLE; JEFFREY L. FREELAND; GEORGIA RECOVERY SERVICE, INC.,<br><br>Defendants | ADVERSARY PROCEEDING CASE NO. 19-02022 |

## DOYLE REQUESTS THAT BANKRUPTCY PROCEEDING BE DISMISSED

Helen Cain Doyle (hereafter. Ms. Doyle) is representing herself with the assistance of Janice McKay who is NOT AN ATTONEY AND NOT A LEGAL REPRESENTATIVE NOR HAS TRAINING TO BE EITHER. Ms. McKay is only able to help Ms. Doyle with organizing, reading, and typing her responses to the best of a layperson's ability.

Ms. Doyle is requesting that her bankruptcy be dismissed. Ms. Doyle has suffered health issues that render her unable to fulfill the physical tasks necessary to perform the legal process. On August 11, 2019, Ms. Doyle had an accident that caused her to be admitted to the hospital through the emergency room and then her admittance to a long-term care facility. Her current prognosis is that she must remain immobile for at least two months and then undergo several months of physical therapy. she is not physically able to perform day-to-day tasks on her own.

With these facts, Ms. Doyle is requesting that her bankruptcy and other legal issues be dismissed. Her financial situation is such that her creditor will never be likely to collect from her social security benefits and she has no other assets.

Submitted by:

_Helen C. Doyle_____
Helen Cain Doyle

_8/26/19_____
Date

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

GAINESVILLE DIVISION

IN RE: *Helen Cain Doyle*      )    Case No: *19-20124 - JRS*
                           )
                           )    Chapter *7*
                           )    *Adversarial Proceeding Case*
                           )    *No. 19-02022*

          Debtor(s)

*First American Title Insurance Co. and*
*GMAC Mortgage, LLC - plaintiffs*    **CERTIFICATE OF SERVICE**
          vs.
*Helen Cain Doyle, Jeffery L Freeland, and*
      *GRS, Inc - Defendants*

    I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 year of age, and that on the *26* day of *August*, 20*19*, I served a copy of

*Doyle Request that bankruptcy Proceeding be dismissed*

which was filed in this bankruptcy matter on the *26* day of *August*, 20*19*.

_____

Mode of service (check one):     (✓) MAILED     ( ) HAND DELIVERED

Name and Address of each party served (If necessary, you may attach a list.):

*Mathew F Totten*             *Monica K Gilroy*
*Ste 140*                   *ste 140*
*3780 Mansell Rd*         *3780 Mansell Rd*
*Alpharetta, GA 30022*   *Alpharetta, GA 30022*

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated:                   Signature: *[signature]*

                        Printed Name: *Janice McKay*

                        Address: *254 Freeland Rd*
                               *Dawsonville, GA 30534*

                        Phone: *(404) 784-6144*

(Generic Certificate of Service – Revised 4/13)