

**IT IS ORDERED as set forth below:**

**Date: March 25, 2020**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
(GAINESVILLE)

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 19-20124-jrs |
| HELEN CAIN DOYLE | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | JUDGE SACCA |
| | ) | |
| _____ | ) | |

### ORDER GRANTING MOTION TO VOLUNTARILY DISMISS BANKRUPTCY

On August 27, 2019, debtor HELEN CAIN DOYLE (hereinafter, "Debtor") filed a Motion to Voluntarily Dismiss Case (Doc. No. 21) ("Motion").

The Motion hearing was set for November 6, 2019, with adequate notice provided by Debtor and this Court (see, e.g., Doc. No. 22). No response to the Motion was filed. At the call of the calendar on November 6, 2019, counsel for Debtor and the Trustee was present. No opposition to the Motion was announced at the hearing.

The Court, having considered the Motion and all other matters of record, hereby **GRANTS** Debtor's Motion pursuant to 11 U.S.C. § 707(b)(1), as Debtor's debts are primarily

consumer in nature and does not find that the Debtor filed the Bankruptcy petition in bad faith.

It is therefore **ORDERED** that this case is **DISMISSED** pursuant to 11 U.S.C. § 707(b)(1).

## END OF DOCUMENT

Order presented by:

THE GILROY FIRM
3780 Mansell Road, Suite 140
Alpharetta, Georgia 30022
(678) 280-1922 (Telephone)
(678) 280-1923 (Facsimile)
Matthew.Totten@gilroyfirm.com

/s/ Matthew F. Totten
MATTHEW F. TOTTEN
(Georgia Bar No. 798589)
*Attorney for First American Title Insurance Company and GMAC Mortgage, LLC*

**DISTRIBUTION LIST**
Betty A. Nappier
Law Office of B. A. Nappier
Chapter 7 Trustee
P. O. Box 1649
Cumming, GA 30028-1649
(770) 529-9371

Christopher Scott Badeaux
The Badeaux Law Firm, LLC
1400 Marketplace Blvd.,
Suite 112
Cumming, GA 30041

Helen Cain Doyle
254 Freeland Rd
Dawsonville, GA 30534

U.S. Trustee
Office of the United States Trustee

362 Richard Russell Building 75 Ted
Turner Drive, SW Atlanta, GA 30303

Matthew F. Totten
THE GILROY FIRM
3780 Mansell Road, Suite 140
Alpharetta, Georgia 30022